**Denzil I. HALL, James C. Hammond, Harold M. Johnson, Joseph H. McVoy, Dallas C. Smith and Phillip Vaughn, Plaintiffs,**

v.

**SIMKINS INDUSTRIES, INC., Defendant-Third-Party Plaintiff-Appellant,**

v.

**ST. REGIS PAPER COMPANY, Third-Party Defendant-Appellee.**

No. 83–8629.

United States Court of Appeals, Eleventh Circuit.

May 14, 1984.

Michael M. Ozburn, Atlanta, Ga., Ann Miller, Philadelphia, Pa., for Simkins.

(1979), *rev'd on other grounds,* 245 Ga. 248, 264 S.E.2d 191 (1980).   However, *Huggins* is suffi-

Allen Willingham, Daryll Love, Atlanta, Ga., for St. Regis.

Before GODBOLD, Chief Judge, JOHNSON and CLARK, Circuit Judges.

PER CURIAM:

AFFIRMED on the basis of the district court's opinion.   See 584 F.Supp. 955 (N.D.Ga.1983).